Frederick O. BOND, Appellant,

v.

The LEGISLATURE OF the State of

MINNESOTA; Ward Einess,[1] Commissioner of the Minnesota Department of Revenue; Does 1–200, Appellees.

No. 06–3941.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 13, 2007.

Filed: Sept. 24, 2007.

Before MURPHY, M. SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Frederick Bond appeals the district court's[2] order granting defendants' motion for judgment on the pleadings. Upon de novo review, *see Westcott v. City of Omaha,* 901 F.2d 1486, 1488 (8th Cir.1990) (standard of review), we conclude judgment on the pleadings in favor of defendants was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. Ward Einess has been appointed to serve as Commissioner of the Minnesota Department of Revenue, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).